IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTEN DAJUSTE, | |
| Petitioner, | No. 3:12-CV-1010 |
| v. | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA., | (MAGISTRATE JUDGE BLEWITT) |
| Respondent | |

## ORDER

**NOW** this _18th_ day of July 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania , for further disposition.

(3) The Clerk of Court is directed to **CLOSE** the case in this district.

A. Richard Caputo
United States District Judge