# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTEN DAJUSTE,

　Petitioner,

　v.

COMMONWEALTH OF PENNSYLVANIA.,

　Respondent

No. 3:12-CV-1010

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this _18th_ day of July 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania, for further disposition.

(3) The Clerk of Court is directed to **CLOSE** the case in this district.

　　　　　　　　　　　　　　　　　　／s／ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge